No. 22-55946

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

_____

**JESUS PIMENTEL, et al.**,
Plaintiffs and Appellants,

v.

**CITY OF LOS ANGELES**,
Defendant and Appellee.

_____

Appeal from the United States District Court
for the Central District of California
Case No. 2:14-cv-01371-FMO-E
Hon. Fernando M. Olguin

_____

## MOTION FOR PERMISSION TO APPEAR REMOTELY AT ORAL ARGUMENT BY VIDEO

_____

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
SHAUN DABBY JACOBS, Supervising Attorney (SBN 185073)
TIMOTHY MARTIN, Deputy City Attorney (SBN 300269)
200 North Spring Street, City Hall 14th Floor
Los Angeles, California 90012
(213) 905-5037 | timothy.martin@lacity.org

*Attorneys for Defendant and Appellant*
CITY OF LOS ANGELES

# MOTION FOR PERMISSION TO APPEAR REMOTELY AT ORAL ARGUMENT BY VIDEO

Appellee, the City of Los Angeles, hereby seeks permission for its counsel of record, Deputy City Attorney Timothy Martin, to appear for oral argument remotely by video at the scheduled time of January 25, 2024, at 8:30am. Good cause exists for this request, as described in the following declaration of Timothy Martin, because Mr. Martin tested positive for COVID-19 on the date of this motion (January 23, 2024), and no other attorney for the City is sufficiently familiar with the appellate record and relevant authorities to adequately prepare for oral argument and appear in person on the morning of January 25. (Martin Decl. ¶¶ 2-4.)

Respectfully submitted,

Dated: January 23, 2024

                              LOS ANGELES CITY ATTORNEY'S OFFICE
                                    Hydee Feldstein Soto
                                    Denise C. Mills
                                    Scott Marcus
                                    Shaun Dabby Jacobs
                                    Timothy Martin

                                    _s/ Timothy Martin_____
                                    Timothy Martin

## DECLARATION OF TIMOTHY MARTIN

Timothy Martin declares:

1. I am an attorney licensed to practice in the State of California and admitted to practice in the United States Court of Appeals for the Ninth Circuit. I have personal knowledge of the following facts, and if asked, I could testify truthfully to them.

2. I am a deputy city attorney for the City of Los Angeles and the attorney responsible for handling this matter on appeal. I have exercised diligence in preparing for oral argument, which is scheduled for January 25, 2024, at 8:30am.

3. Today (January 23, 2024), around 2:15pm, I tested positive for COVID-19. I will therefore be unable to appear in person for oral argument on January 25. I currently have no symptoms that would interfere with my ability to present oral argument by video.

4. Although other attorneys in the City Attorney's Office assisted me in preparing for oral argument, none are sufficiently familiar with the appellate record and relevant authorities to adequately prepare and appear in person for oral argument on January 25. I therefore respectfully request permission to appear for oral argument remotely by video.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 23, 2024 at Alhambra, California.

s/ Timothy Martin
Timothy Martin
